JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Meshell Bybee,<br><br>           Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation, et al.,<br><br>           Defendants. | Case No. CV 19-02072-AB (JCx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by a Mediation Report that the above-entitled action has been settled;

    **IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 27, 2020  _____
                                               ANDRÉ BIROTTE JR.
                                               UNITED STATES DISTRICT JUDGE

1.