LAW OFFICES OF JEFFREY C. McINTYRE
JEFFREY C. McINTYRE, Bar No. 62088
ROBERT GARCIA, JR., Bar No. 150091
SARAH A. SWANSON, Bar No. 299525
9570 Topanga Canyon Blvd.
Chatsworth, California 91311
Tel: (818) 643-7100
Fax: (818) 643-7070

Attorneys for Plaintiff:
MESHELL BYBEE


SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
lshelby@seyfarth.com
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESHELL BYBEE, | Case No.: 2:19-cv-02072-AB-JC |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COSTCO WHOLESALE CORPORATION; and DOES 1 to 25, inclusive, | |
| Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: November 20, 2020          LAW OFFICES OF JEFFREY C. McINTYRE

By: _____
Jeffrey C. McIntyre, Esq.
Attorney for Plaintiff Meshell Bybee

Dated: November 23, 2020          SEYFARTH SHAW LLP

By: _____
Myra B. Villamor, Esq.
Attorneys for Defendant Costco Wholesale Corporation

# ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

_____
CHRISTINA A. SNYDER
HON. JUDGE
UNITED STATED DISTRICT COURT